**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

TANEIL MONCION,                          :
                                         :
                    Plaintiff,           :          21-CV-2865 (ALC) (OTW)
                                         :
                -against-                :          **ORDER**
                                         :
FLAT RATE MOVERS LTD.,                   :
                                         :
                    Defendant.           :
                                         :
                                         :
------------------------------------------------------------x

       **ONA T. WANG**, United States Magistrate Judge:

       The Initial Pretrial Conference scheduled for Wednesday, June 30, 2021 at 11:00 a.m. is

adjourned *sine die*. **The parties shall file a joint status letter within one week of the resolution**

**of mediation or by July 23, 2021, <u>whichever is earlier</u>**.

       **SO ORDERED.**


                                        *s/ Ona T. Wang*

Dated: June 24, 2021                          **Ona T. Wang**
      New York, New York                   United States Magistrate Judge