**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
TANEIL MONCION,

               Plaintiff,                              21-CV-2865 (ALC) (OTW)

           -against-                            **ORDER**

FLAT RATE MOVERS LTD.,

               Defendant.

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to ECF 23, the parties are required to file a joint status letter on the last Friday of each month. Accordingly, on February 1, 2022, the Court issued an order noting that the next joint status letter was due **February 25, 2022** pursuant to ECF 23. (ECF 25). The parties have not filed their letter. The parties are hereby ordered to file a joint status letter by **March 18, 2022**.

      **SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: March 14, 2022                               **Ona T. Wang**
        New York, New York                 United States Magistrate Judge