UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
TANIEL MONCION,

                         **Plaintiff**,

      -against-

FLAT RATE MOVERS, LTD.,

                         **Defendant.**

------------------------------------------------------------------ x

21-CV-02865 (ALC)(OTW)

**ORDER ON MOTION TO WITHDRAW**

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Defense Counsel Christopher R. Travis's motion for withdrawal and for a charging lien. Dkts. 49-51. For good cause shown, Mr. Travis and Travis Law PLLC's application to withdraw as counsel for Defendant Flat Rate Movers, Ltd. is GRANTED. For good cause shown, Mr. Travis and Travis Law PLLC are GRANTED a charging lien in the amount of $9,819.25 against Defendant Flat Rate Movers, Ltd.

      To allow Defendant time to retain a new attorney, the case is hereby stayed for 60 days. Flat Rate Movers must find a new attorney. Corporate Defendants can only appear in court with counsel and cannot be represented pro se by a principal. *See, e.g., Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167 (2d Cir. 2001). Their new attorney must file their notice of appearance by Friday, June 9, 2023.

      Mr. Travis is asked to notify Defendant of his withdrawal and inform them that they must have new counsel file an appearance as outlined above.

      The Clerk of Court is respectfully directed to terminate the open motion at ECF No. 49.

**SO ORDERED.**

**Dated:**   **New York, New York**
   **April 10, 2023**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**