UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TANIEL MONCION,                                  :
                                                 :
                Plaintiff,        :
                                                 :   1:21-CV-02865 (ALC)
    -against-                                  :
                                                 :   **ORDER**
FLAT RATE MOVERS, LTD.,                          :
                                                 :
                Defendant.        :
                                                 :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      On April 2, 2021, Plaintiff filed a complaint against Defendants. ECF No. 1. On April 10, 2023, the Court granted defense counsel's motion for withdrawal, and stayed the case pending Defendant corporation obtaining counsel. ECF No. 52. **Defendant failed to file a notice of appearance by June 9, 2023.** On June 27, 2023, the Court ordered Defendant to show cause, and Defendant did not file a response. Pursuant to Fed. R. Civ. P. 55 Plaintiff is instructed to seek default judgment against Defendant for failure to otherwise defend this action.

**SO ORDERED.**

**Dated: July 26, 2023**
      New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**