UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TANIEL MONCION,  :
 :
                     Plaintiff,  :
 :    1:21-CV-02865 (ALC)
     -against-  :
 :    **ORDER OF TERMINATION**
FLAT RATE MOVERS, LTD.,  :
 :
                  Defendant.  :
 :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    On October 16, 2023, this Court issued an order to show cause as to why this action should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and/or the inherent powers of the Court. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute . . ."). Plaintiff did not file a response to the order, nor seek an extension of time by October 23, 2023.

    As such, the Clerk of the Court is respectfully directed to close this case.

**SO ORDERED.**

**Dated: October 24, 2023**
      New York, New York                                  **ANDREW L. CARTER, JR.**
                                                                         **United States District Judge**