UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TANIEL MONCION,                                  :
                                                 :
                    Plaintiff,                   :
                                                 :         1:21-CV-02865 (ALC)
         -against-                               :
                                                 :         **ORDER**
FLAT RATE MOVERS, LTD.,                          :
                                                 :
                    Defendant.                   :
                                                 :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff' response to the order to show cause dated October 31, 2023. ECF No. 61. Plaintiff has satisfied the order. Plaintiff wishes to move for default judgment. However, Plaintiff must comply with Attachment A of my individual practices and first submit to the Clerk of the Court a "request for entry of default" and a proposed "clerk's certificate."

**SO ORDERED.**

Dated: November 1, 2023
       New York, New York                           _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**