UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TANIEL MONCION,

                  *Plaintiff*,

           -against-

FLAT RATE MOVERS, LTD.,

                  *Defendant*.
-----------------------------------------------------------------x

1:21-CV-02865 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff must comply with Attachment A of my individual practices to move for default. Plaintiff filed a motion for default judgment on October 31, 2023. ECF No. 60. Plaintiff obtained a Clerk's Certificate of Default on November 2, 2023, ECF No. 67. Plaintiff is directed to amend her motion for default and attach the documents listed in Attachment A. This includes but is not limited to attaching the Certificate for Default, a proposed order to show cause, a proposed default judgment order, an attorney's affidavit, and a memorandum of law. Currently, Plaintiff's motion for default does not contain a number of these items, such as an attorney declaration and the Clerk's Certificate.

      Plaintiff is directed to serve a copy of this Order and ECF Nos. 53-67 on Defendant and file proof of service by December 13, 2023.

**SO ORDERED.**

**Dated: December 12, 2023**
       New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**