```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
TANIEL MONCION,                            :
                        Plaintiff,         :
                                           :
        -against-                          :    1:21-CV-02865 (ALC)
                                           :
FLAT RATE MOVERS, LTD.,                    :    ORDER ENTERING
                        Defendant.         :    DEFAULT JUDGMENT &
                                           :    ORDER TO SHOW CAUSE
                                           :
                                           :
                                           :
                                           :
                                           :
------------------------------------------------------------------ :
                                           :
                                           x
```

**ANDREW L. CARTER, JR., District Judge:**

On April 2, 2021, Plaintiff filed a Complaint against Defendant Flat Rate Movers, Ltd. ECF No. 1. A copy of the Summons and Complaint were served on Defendant on April 27, 2021 through a process server. ECF No. 5. Defendant filed an Answer to the Complaint. ECF No. 10. On April 10, 2023, the Court granted defense counsel's motion for withdrawal, and stayed the case pending Defendant corporation obtaining counsel. ECF No. 52. Defendant failed to file a notice of appearance by June 9, 2023. Plaintiff obtained a Clerk's Certificate of Default on November 2, 2023, ECF No. 67, and filed a Motion for Default Judgment on October 31, 2023. ECF No. 60.

On December 15, 2023, this Court entered an Order to Show Cause as to why default judgment as to liability should not be entered against Defendant. ECF No. 70. The Order to Show Cause was served on Defendant by mail on December 16, 2023. ECF No. 71. Defendant's response was due on December 22, 2023. As of this date, no response or request for an extension of time has been received by this Court.

1

Upon the Declaration of Bernard R. Mazaheri in Support of Default Judgment, and the exhibits attached thereto, the Court GRANTS Plaintiffs' default judgment Against Flat Rate Movers, LTD. as to liability.

Plaintiff seeks damages in the total amount of $578,219.64 for back pay, pre-judgment interest, liquidated damages, and front pay plus post judgment interest at 9%. ECF No. 69. Defendant is hereby **ORDERED** to show cause why the Court pursuant to Fed. Rs. Civ. P. 37 and 55 should not grant damages to Plaintiff. Plaintiff is directed to serve a copy of this Order to Show Cause upon Defendant, on or before **December 28, 2023**, and file proof of service by that deadline. Defendant's response (if any) shall be filed by **January 17, 2024**.

**SO ORDERED.**

**Dated:** **December 26, 2023**
        **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**