```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
TANIEL MONCION,                                                    :
                             Plaintiff,                            :
                                                                   :
            -against-                                              :    1:21-CV-02865 (ALC) (OTW)
                                                                   :
FLAT RATE MOVERS, LTD.,                                            :    ORDER
                             Defendant.                            :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
------------------------------------------------------------------ :
                                                                   :
                                                                   x
```

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Defendant's motion to vacate the default judgment, ECF No. 74. In light of Defendant's motion to vacate, the order to show cause as to damages is held in abeyance. Plaintiff is ordered to file a response to Defendant's motion by January 30, 2024.

**SO ORDERED.**

**Dated:    January 23, 2024**
           **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**