UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
TANIEL MONCION, :
:
                Plaintiff, :
: **21-cv-02865 (ALC)**
    -against- :
: **AMENDED CONFERENCE**
FLAT RATE MOVERS, LTD., : **ORDER**
:
                Defendant. :
:
:
:
:
----------------------------------------------------------------- :
:
                                                 x

**ANDREW L. CARTER, JR., District Judge:**

      The Court will hold a pre-trial conference in this action on November 14, 2024 at 12:00 PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**    **November 13, 2024**
               **New York, New York**                      **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**