**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

**TANEIL MONCION,**

    **Plaintiff,**                                   **Case Number**
                                                   **1:21-cv-02865-ALC-OTW**

v.

**FLAT RATE MOVERS LTD,**

    **Defendant.**
_____x

**NOTICE OF SETTLEMENT**

The Plaintiff, Taneil Moncion, notifies the Honorable Court that last night the parties reached a resolution. The parties anticipate filing a stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., within thirty (30) days.

Respectfully submitted this 14th day of November, 2024,

                                                     */s/ Bernard R. Mazaheri*
                                                     Bernard R. Mazaheri
                                                     Mazaheri & Mazaheri
                                                     PO Box 656
                                                     Frankfort, Kentucky 40602
                                                     Tel - (502) 475-8201
                                                     Email – bernie@thelaborfirm.com

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing shall be served on all counsel of record via CM/ECF on this 14th day of November 2024.

／s/ *Bernard R. Mazaheri*
Bernard R. Mazaheri