```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC#: _____
UNITED STATES DISTRICT COURT                        DATE FILED: 11-14-24
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
TANEIL MONCION,                       :
                                      :
                                      :
                                      :      21-CV-2865 (ALC)(OTW)
                                      :
                                      :      ORDER
     - v. -                           :
                                      :
                                      :
FLAT RATE MOVERS LTD,                 :
                                      :
                    *Defendants.*     :
                                      :
------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

Today's Final Pre-Trial Conference is CANCELED.

SO ORDERED.

Dated:      New York, New York
            November 14, 2024

                                    _____
                                    ANDREW L. CARTER, JR.
                                    United States District Judge