UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TANIEL MONCION,**<br><br>                              **Plaintiffs,**<br><br>              -against-<br><br>**FLAT RATE MOVERS, LTD.,**<br><br>                              **Defendants.** | 21-cv-02865 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:   November 14, 2024
            New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**